Rose Leeds, Appellant, v. Max K. Leeds, Respondent.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer and Dore, JJ. [See *post*, p. 849.]

Kips Bay Brewing Company, Inc., Appellant, v. William W. Bachmann et al., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of Frederick Nochinson, Petitioner, against Lewis J. Valentine, as Commissioner of the Police Department of the City of New York et al., Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [See *post*, p. 849.]

In the Matter of the Arbitration between Cornelius J. White, Respondent, and Harold G. Aron, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [See *post*, p. 893.]

Lostrom, Inc., Appellant, v. Estate of Harry Reisberg et al., Defendants, Irwin Reisberg, Defendant-Respondent, Sol A. Hyman et al., Impleaded Defendants-Appellants, et al., Impleaded Defendants.— Orders unanimously affirmed, each with ten dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

Edward J. Quintal et al., Respondents, v. Shapiro Glove Co., Inc., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Untermyer and Cohn, JJ., dissent and vote to reverse and deny the motion. [See *post*, p. 772.]

Katherine De Fazio et al., Appellants, v. Max Luria Realty Co., Inc., Respondent.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, on account of the error of the court in failing to submit to the jury the question of constructive notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Martin, P. J., and Townley, J., dissent and vote to affirm.

Wallace A. Card, Appellant, v. Karpark Corporation, Respondent.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. The issues of the extension of the option and the sufficiency of plaintiff's services in procuring the exercise of the option were not fairly submitted to the jury. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

A. Lewis King, Appellant, v. Hearst Radio, Inc., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

Edgar Hirschberg, Respondent, v. City of New York, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Martin, P. J., taking no part. [See *post*, p. 772.]